IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **AD INNOVATIONS, LLC,** | Case No. 3:25-cv-1362 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **MERCEDES-BENZ USA, LLC,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Ad Innovations, LLC files this Original Complaint for Patent Infringement against Mercedes-Benz USA, LLC and would respectfully show the Court as follows:

### I.  THE PARTIES

1.      Plaintiff Ad Innovations, LLC ("Ad Innovations" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste 500, Cheyenne, WY 82001.

2.      On information and belief, Defendant Mercedes-Benz USA, LLC ("Mercedes-Benz" or "Defendant") is a Delaware limited liability company with a regular and established place of business at 4301 Lakeside Parkway, Grapevine, TX 76051.  Defendant has a Texas registered agent at CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201.

### II.  JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its

business in this forum, including at least a portion of the infringements alleged herein at 4301 Lakeside Parkway, Grapevine, TX 76051.

5.      Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas. Defendant has committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

6.      Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in Texas and in this District at 4301 Lakeside Parkway, Grapevine, TX 76051.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

7.      For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 8,594,341)

8.      Plaintiff incorporates the above paragraphs herein by reference.

9.      On November 26, 2013, United States Patent No. 8,594,341 ("the '341 Patent") titled System and Methos for Selectively Switching Between a Plurality of Audio Channels was duly and legally issued by the United States Patent and Trademark Office.  The priority date of the '341 patent is at least as early as October 18, 2004.  The term of the patent is extended or adjusted

under 35 U.S.C. §154(b) by 1,069 days.  A true and correct copy of the '341 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10.    Ad Innovations is the assignee of all right, title, and interest in the '341 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '341 Patent.  Accordingly, Ad Innovations possesses the exclusive right and standing to prosecute the present action for infringement of the '341 Patent by Defendant.

11.    The '341 patent teaches systems and methods related to switching between a plurality of audio channels, and more particularly systems and methods enabling a user to listen to desired audio content with a total lack of distraction while selectively allowing certain important and selected sounds to interrupt the audio content.  (Ex. A at Abstract).

12.    With the proliferation and miniaturization of audio content devices, users are taking these devices into a variety of environments and frequently have the desire to enjoy the audio content in a virtual exclusion of sounds other than the desire audio content.  (*Id.* at 1:13-25).  Digital noise reduction sound processing and better headphone designs to isolate sound have allowed audio headphone and vehicle users to enhance their audio content listening experience.  (*Id.* at 1:26-29).  For example, in a vehicle, a user-driver may want to only listen to music to the exclusion of external sounds such as engine noise and sounds external to the vehicle and therefore vehicle design and noise reduction sound processing reduce or eliminate those sounds.  (*Id.* at 1:32-40).  However, prudency and laws in various states require that the user be able to hear certain external sounds while driving.  (*Id.* at 1:40-48).  For example, the sound of a car horn or the sound of an emergency vehicle are two noises that the user in the vehicle would want to (and in many cases be required by law) to hear.  (*Id.* at 1:48-50).  Therefore, a need existed for systems and

methods for selectively switching between various audio channels, for example, between desired audio content and predetermined sound patterns. (*Id.* at 1:1:54-57).

13.    **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 40 of the '341 Patent in this District, Texas, and elsewhere in the United States. As shown below, Defendant infringes claim 40 of the '341 patent by performing (through use and testing) the claimed method for selectively switching between a plurality of audio channels in an audio device, namely using its S-Class vehicle.

14.    Defendant performs a method for selectively switching between a plurality of audio channels in an audio device. For example, Defendant provides the S-Class vehicle, which is equipped with the MBUX multimedia system ("audio device"), enabling users to access navigation, interact with in-car voice assistants, and listen to media such as music. Additionally, the S-Class includes Drive Pilot, an automated driving system that allows users to take their hands off the steering wheel. The Drive Pilot technology detects when an emergency vehicle approaches from behind and provides visual and audio alerts for the users to regain control of the vehicle. Further, Mercedes-Benz integrates Cerence Emergency Vehicle Detection (EVD) into the MBUX multimedia system, which uses the car's interior microphones to capture sounds from the surroundings. These microphones apply acoustic echo cancellation to identify sirens of emergency vehicles regardless of the background noise in the car's cabin. As a result, when a siren from an emergency vehicle is detected, the MBUX multimedia system overrides the ongoing audio playback, such as music, and alerts the user. Therefore, it would be apparent to a person having ordinary skills in the art that the S-Class performs a method of selectively switching between multiple audio channels in an audio device.



([https://www.mercedes-benz.com/en/vehicles/s-class/](https://www.mercedes-benz.com/en/vehicles/s-class/)).[1]



[1] Red text, boxes, and lines on the images in this Complaint are notations added to the image to facilitate the identification of relevant information supporting the accusation of infringement.

(*Id.*).



([https://www.mbusa.com/en/owners/manuals/drive-pilot](https://www.mbusa.com/en/owners/manuals/drive-pilot)).

## Keep your eyes on the prize, we'll keep ours on the road.

DRIVE PILOT by Mercedes-Benz breaks ground on automated driving to completely change the highway traffic jam experience. Using a multitude of hyper-advanced sensors, DRIVE PILOT allows the driver to, well, not drive. This innovative technology is exclusive to the S-Class and EQS Sedan.

(*Id.*).

**Next level automated driving.**

Raising the bar in autonomous driving technology, Mercedes-Benz is the first automobile manufacturer in the US to achieve a Level 3 certification based on a 0-5 scale from the Society of Automotive Engineers (SAE)[1]. Under specific conditions, our technology allows drivers to take their hands off the steering wheel, eyes off the road — and take in their surroundings[2].

While active, DRIVE PILOT unlocks activities on the central display so the driver can play games, watch videos or take advantage of in-car entertainment features.

Capable of detecting your surroundings, conditionally automated vehicles can make informed decisions for themselves. However, these vehicles require the driver to remain alert and take control when requested.

(*Id.*).



([https://www.youtube.com/watch?v=1gjweWq8qAc](https://www.youtube.com/watch?v=1gjweWq8qAc) at 02:31).



(*Id.* at 2:37).

**IN ADDITION, MERCEDES-BENZ FIRST AUTOMAKER TO DEPLOY CERENCE EMERGENCY VEHICLE DETECTION**

BURLINGTON, Mass., Dec. 22, 2021 (GLOBE NEWSWIRE) -- Cerence Inc. (NASDAQ: CRNC), AI for a world in motion, today announced that Mercedes-Benz AG has selected Cerence to provide enhanced capabilities, including conversational AI-powered electric vehicle use cases and Cerence Emergency Vehicle Detection (EVD), within its intuitive multimedia system, MBUX – Mercedes-Benz User Experience – in the new Mercedes-Benz EQS, the first all-electric luxury sedan from the Mercedes-EQ lineup.

Building on the companies' partnership on the next-gen MBUX introduced last year, MBUX in the Mercedes-Benz EQS features a new set of electric vehicle-related capabilities and use cases powered by Cerence that simplify the EV ownership experience for Mercedes-Benz EQS drivers. With deep integration with the car and its sensors, drivers can simply ask MBUX for important information about battery status and charging time in their natural language, with the ability to sort by parameters based on their personal preferences. Key new questions and commands include:

([https://www.cerence.com/news-releases/news-release-details/cerence-drives-enhanced-intelligence-including-new-electric](https://www.cerence.com/news-releases/news-release-details/cerence-drives-enhanced-intelligence-including-new-electric)).

In addition, the Mercedes-Benz EQS will be the first car to market with Cerence EVD, which integrates with MBUX to alert drivers of approaching emergency vehicles so they can adapt their driving accordingly. Cerence EVD uses the car's existing microphones to detect varying types and styles of emergency vehicle sirens accurately and reliably. Once a siren is identified, the volume of the radio or other media is lowered, and the driver is notified visually and via audio from MBUX. If a siren is detected during autonomous driving on a highway, the vehicle is steered to the side to make way for the emergency vehicle.

(*Id.*).

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

**The power of the "mic"**

One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, including, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

([https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future](https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future)).

**Making roads safer and more enjoyable, for all**

At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable. As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

(*Id.*).



(https://vimeo.com/536694645 at 0:48).



(https://vimeo.com/536694645, at 0:57).

15.    Defendant performs the step of prestoring a plurality of predetermined digital sound patterns in a memory device, each of the plurality of predetermined digital sound patterns

corresponding to a preselected external audio sound.  For example, the S-Class comes with Drive Pilot technology and the MBUX multimedia system, which integrates Cerence EVD to detect when an emergency vehicle approaches from behind and alerts users visually and via audio through the MBUX multimedia system. The EVD feature recognizes over 1,500 different sirens ("predetermined digital sound patterns") and detects sounds from police cars, fire trucks, and ambulances ("preselected external audio sound") up to 600 meters away. Therefore, it would be apparent to a person having ordinary skill in the art that the S-Class MBUX multimedia system pre-stores predetermined digital sound patterns in memory. When an emergency vehicle siren is detected, the detected siren sound is compared with the stored predetermined sounds, and the S-Class alerts the users accordingly.

In addition, the Mercedes-Benz EQS will be the first car to market with Cerence EVD, which integrates with MBUX to alert drivers of approaching emergency vehicles so they can adapt their driving accordingly. Cerence EVD uses the car's existing microphones to detect varying types and styles of emergency vehicle sirens accurately and reliably. Once a siren is identified, the volume of the radio or other media is lowered, and the driver is notified visually and via audio from MBUX. If a siren is detected during autonomous driving on a highway, the vehicle is steered to the side to make way for the emergency vehicle.

(https://www.cerence.com/news-releases/news-release-details/cerence-drives-enhanced-intelligence-including-new-electric).

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

Prestoring a plurality of predetermined digital sound patterns

**The power of the "mic"**
One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, including, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

(https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future).



([https://vimeo.com/536694645](https://vimeo.com/536694645) at 0:57).

**Making roads safer and more enjoyable, for all**
At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable. As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

([https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future](https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future)).



(https://vimeo.com/536694645 at 0:48).

16.     Defendant performs the step of supplying audio content on a first channel of the audio device.  For example, the MBUX multimedia system ("audio device") enables users to listen to media, such as music, through various online platforms ("supplying audio content on a first channel").  Therefore, it would be apparent to a person having ordinary skill in the art that the MBUX multimedia system supplies music on a music channel ("first channel") of the system.



(https://www.mercedes-benz.com/en/vehicles/s-class/).



(https://www.mercedes-benz.com/en/vehicles/s-class/).

New C-Class and S-Class owners are the first in line to experience this, as the built-in integration will be available for the new models that are entering production this month, while EQS owners will have to wait a little longer, until summer. And, there's good news for current C-Class and S-Class owners that have the latest generation of MBUX, as well. According to Mercedes-Benz, there will be an over-the-air update available for integrating Apple Music, but there's no official date for that yet.

Just like everything else involving MBUX, accessing Apple Music in your Mercedes is supposed to be a user-friendly experience. If you're an Apple Music subscriber, all you have to do is link your music streaming service to your personal Mercedes me account, and the "Online Music" service. The same goes for those who are subscribed to Amazon Music, Spotify and/or TIDAL.

(https://mercedes-world.com/news/mercedes-benz-mbux-apple-music).



(https://www.youtube.com/watch?v=j1WNTIREYfE at 1:39).

**Puristic, luxurious design as an intuitive experience:**

- The driver display and media display offer a comprehensive aesthetic experience
  - The appearance of the screens can be individualized with a choice of four display styles (Discreet, Sporty, Exclusive, Classic) and three modes (Navigation, Assistance, Service)
- The number of classic controls has been greatly reduced: 27 fewer hardkeys (mechanical switches) than in the preceding model
  - As an addition to touching and swiping, voice control and natural hand gestures, gaze control extends the operating options
  - However, key functions such as the lights or windscreen wipers can still be operated directly. The climate control panel is permanently at the lower edge of the display
- The user interface (UI) follows human intuition
  - MBUX Interior Assist responds to gestures and movements
  - "Hey Mercedes" responds to speech
  - In the large head-up display, relevant information is projected into the driver's field of vision at a virtual distance of approx. 33 feet (10 meters)
    - Colored augmented reality content can be integrated into this (see above)
    - As this is superimposed directly onto reality, the result is directly perceptible information that is important for the current driving situation

(https://media.mbusa.com/releases/release-9e110a76b364c518148b9c1ade19bc23-meet-the-s-class-digital-my-mbux-mercedes-benz-user-experience).

17.     Defendant performs the step of generating an acoustic signal from sound external to the audio device on a second channel.  For example, the MBUX multimedia system in the S-Class integrates Cerence EVD, which utilizes the vehicle's microphones to detect the sirens of emergency vehicles ("external sounds to the audio device"). The system listens to the sirens, employing acoustic echo cancellation to isolate the siren's sound from background noise, thereby generating a processed signal ("acoustic signal"). Upon information and belief, this processed signal is then fed into the MBUX multimedia system through a second channel for further processing.



(https://www.mercedes-benz.com/en/vehicles/s-class/).

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

**The power of the "mic"**

the acoustic signal

One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, including, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

([https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future](https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future)).

**Making roads safer and more enjoyable, for all**

At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable. As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

([https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future](https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future)).



([https://vimeo.com/536694645](https://vimeo.com/536694645) at 0:57).

18.    Defendant performs the step of receiving the audio content on the first channel and the acoustic signal on the second channel.  For example, the MBUX multimedia system in the S-

Class enables users to listen to media, such as music ("receiving the audio content on the first channel"), while simultaneously utilizing the S-Class's microphone inputs to detect sirens from emergency vehicles, process them, and generate a noise-free processed signal ("the acoustic signal on the second channel").

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

**The power of the "mic"**

The acoustic signal on the second channel

One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, including, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

([https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future](https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future)).

**Making roads safer and more enjoyable, for all**

At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable. As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

([https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future](https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future)).



(https://vimeo.com/536694645 at 0:57).



(https://www.mercedes-benz.com/en/vehicles/s-class/).

19.     Defendant performs the step of determining whether the acoustic signal matched at least one of the plurality of predetermined digital sound patterns stored in the memory device, wherein if the acoustic signal matches at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the second channel such that an audible sound is generated from the second channel based on the acoustic signal, and if the acoustic signal does not

match at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the first channel such that an audible sound is generated from the first channel based on the audio content wherein the audio device includes a vehicular audio device.  For example, the Drive Pilot technology and the MBUX multimedia system integrates Cerence EVD that utilizes vehicle's microphones to actively listen and detect a siren from emergency vehicles approaching from behind. The EVD feature recognizes over 1500 different sirens ("predetermined digital sound patterns") and detects sounds from police cars, firetrucks, and ambulances Therefore, it would be apparent to a person having ordinary skill in the art that the S-Class MBUX multimedia system determining whether the sounds detected through the S-Class matched at least one of the 1500 different sirens.  Further, upon detecting the siren of emergency vehicle ("determining whether the acoustic signal matched"), the S-Class overrides the music being currently playing and plays visual and audio alerts ("audible sound is generated from the second channel based on the acoustic signal") through the MBUX multimedia system. If the siren is not detected ("if the acoustic signal does not match any of the predetermined digital sound patterns stored"), the S-Class continues playing the music through the online platforms ("selecting the first channel to generate audible sound based on the audio content").



([https://www.mercedes-benz.com/en/vehicles/s-class/](https://www.mercedes-benz.com/en/vehicles/s-class/)).



([https://www.mbusa.com/en/owners/manuals/drive-pilot](https://www.mbusa.com/en/owners/manuals/drive-pilot)).

# Keep your eyes on the prize, we'll keep ours on the road.

DRIVE PILOT by Mercedes-Benz breaks ground on automated driving to completely change the highway traffic jam experience. Using a multitude of hyper-advanced sensors, DRIVE PILOT allows the driver to, well, not drive. This innovative technology is exclusive to the S-Class and EQS Sedan.

([https://www.mbusa.com/en/owners/manuals/drive-pilot](https://www.mbusa.com/en/owners/manuals/drive-pilot)).



Determining whether the acoustic signal matched at least one of the plurality of predetermined digital sound patterns

the DRIVE PILOT can detect emergency vehicles approaching from behind.

([https://www.youtube.com/watch?v=1gjweWq8qAc](https://www.youtube.com/watch?v=1gjweWq8qAc) at 02:31).

22



(https://www.youtube.com/watch?v=1gjweWq8qAc at 02:37).

**IN ADDITION, MERCEDES-BENZ FIRST AUTOMAKER TO DEPLOY CERENCE EMERGENCY VEHICLE DETECTION**

BURLINGTON, Mass., Dec. 22, 2021 (GLOBE NEWSWIRE) -- Cerence Inc. (NASDAQ: CRNC), AI for a world in motion, today announced that Mercedes-Benz AG has selected Cerence to provide enhanced capabilities, including conversational AI-powered electric vehicle use cases and Cerence Emergency Vehicle Detection (EVD), within its intuitive multimedia system, MBUX – Mercedes-Benz User Experience – in the new Mercedes-Benz EQS, the first all-electric luxury sedan from the Mercedes-EQ lineup.

Building on the companies' partnership on the next-gen MBUX introduced last year, MBUX in the Mercedes-Benz EQS features a new set of electric vehicle-related capabilities and use cases powered by Cerence that simplify the EV ownership experience for Mercedes-Benz EQS drivers. With deep integration with the car and its sensors, drivers can simply ask MBUX for important information about battery status and charging time in their natural language, with the ability to sort by parameters based on their personal preferences. Key new questions and commands include:

(https://www.cerence.com/news-releases/news-release-details/cerence-drives-enhanced-intelligence-including-new-electric).

an audible sound is generated from the second channel

In addition, the Mercedes-Benz EQS will be the first car to market with Cerence EVD, which integrates with MBUX to alert drivers of approaching emergency vehicles so they can adapt their driving accordingly. Cerence EVD uses the car's existing microphones to detect varying types and styles of emergency vehicle sirens accurately and reliably. Once a siren is identified, the volume of the radio or other media is lowered, and the driver is notified visually and via audio from MBUX. If a siren is detected during autonomous driving on a highway, the vehicle is steered to the side to make way for the emergency vehicle.

(https://www.cerence.com/news-releases/news-release-details/cerence-drives-enhanced-intelligence-including-new-electric).

Cerence Emergency Vehicle Detection (EVD) is one of the most critical examples of how the co-pilot can understand the world around it and make roads – and drivers and passengers – safer as a result. Cerence EVD identifies sirens from police cars, firetrucks, and ambulances from up to 600 meters away, pinpointing the direction the emergency vehicle is traveling. With the ability to recognize more than 1,500 sirens, which vary greatly from country to country, Cerence EVD provides the intel an autonomous vehicle needs to give way – whether that's advising a driver to step in and react in a Level 3 system or guiding action to pull to the side autonomously in Levels 4 and 5.

Predetermined digital sound patterns

**The power of the "mic"**
One of the advantages of Cerence EVD is its ability to use the interior microphones already installed in the car. Leveraging the same technology used for in-car voice assistants, it deploys advanced acoustic echo cancellation to detect sirens regardless of what's happening in the cabin, including, for example, if a siren is playing in the background of a song. When a real siren is detected, the system can override songs being played or phone call audio to alert the driver. When linked to exterior microphones, which are set to be a common factory install in future car models, the system can provide information on the direction the emergency vehicle is approaching from as well. In future systems when the driver is not needed, that same technology can be used to alert the autonomous car that a siren is detected, and appropriate action is required.

(https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future).

**Making roads safer and more enjoyable, for all**
At Cerence, we pride ourselves on the work we do innovating for a better future. We believe that enabling autonomous cars to better understand situations around them, and communicating actions needed to drivers or passengers inside, will make roads safer and journeys more enjoyable. As part of our Audio AI Suite, Cerence EVD can flexibly integrate with any existing AI assistant and leverage microphones inside and out of the vehicle.

Want to learn more? Find out how our AI for a world in motion goes beyond voice here.

(https://www.cerence.com/news-releases/news-release-details/why-emergence-vehicle-detection-vital-autonomous-future).



(https://vimeo.com/536694645 at 0:48).



(https://vimeo.com/536694645 at 0:57).

New C-Class and S-Class owners are the first in line to experience this, as the built-in integration will be available for the new models that are entering production this month, while EQS owners will have to wait a little longer, until summer. And, there's good news for current C-Class and S-Class owners that have the latest generation of MBUX, as well. According to Mercedes-Benz, there will be an over-the-air update available for integrating Apple Music, but there's no official date for that yet.

Just like everything else involving MBUX, accessing Apple Music in your Mercedes is supposed to be a user-friendly experience. If you're an Apple Music subscriber, all you have to do is link your music streaming service to your personal Mercedes me account, and the "Online Music" service. The same goes for those who are subscribed to Amazon Music, Spotify and/or TIDAL.

(https://mercedes-world.com/news/mercedes-benz-mbux-apple-music).

20.     **Induced Infringement.** Upon information and belief, Defendant has been and now is inducing infringement of claim 40 of the '341 patent in this District, in the State of Texas, and elsewhere in the United States, by providing the S-Class vehicle, which is equipped with the MBUX multimedia system and Drive Pilot and integrate the Cerence Emergency Vehicle Detection (EVD) into the MBUX multimedia system, for use by Defendant's customers to perform a method that infringes claim 40 as described above. (*Supra* ¶¶14-19). At least as of the filing of this lawsuit and service of the Complaint, Defendant has had knowledge of the '341 Patent and

knowledge that the use of the MBUX multimedia system, which integrates features including Cerence EVD in its S-Class, constituted direct patent infringement. Despite this knowledge of infringement of claim 40 of the '341 patent, Defendant continued to encourage and induce its customers to use the MBUX multimedia system, which integrates features including Cerence EVD in its S-Class, to provide the selectively switching between a plurality of audio channels in an audio device in a manner that infringed claim 40 of the '341 patent. Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing its S-Class with the MBUX multimedia system, which integrates features including Cerence EVD, to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 40 of the '341 Patent. Specifically, Defendant provides the S-Class with the MBUX multimedia system, which integrates features including Cerence EVD, knowing that it performs a method for selectively switching between a plurality of audio channels in an audio device with prestored predetermined digital sound patterns in a memory device, each of the plurality of predetermined digital sound patterns corresponding to a preselected external audio sound, supplying audio content on a first channel of the S-Class, generating an acoustic signal from sound external to the audio device on a second channel in the S-Class, receiving the audio content on the first channel and the acoustic signal on the second channel in the S-Class, determining whether the acoustic signal matched at least one of the predetermined digital sound patterns stored in the memory device, and if the acoustic signal matches at least one of the predetermined digital sound patterns stored in the memory device, selecting the second channel such that an audible sound is generated from the second channel based on the acoustic signal, and if the acoustic signal does not match at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the first channel such that an audible sound is

generated from the first channel based on the audio content. (*Supra* ¶¶14-19). Defendant also informs its customers that their use of the vehicle performs steps that infringe claim 40. (*Supra* ¶¶14-17). Defendant therefore knowingly induced and induces infringement and specifically intended to encourage and induce the infringement of claim 40 of the '341 patent by its customers. Even where performance of the steps required to infringe claim 40 of the '341 patent is accomplished by Defendant and Defendant's customer jointly, Defendant's actions have solely caused each of the steps to be performed.

21.     Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '341 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

22.     On information and belief, Defendant will continue its infringement unless enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

23.     The asserted claim of the '341 Patent (claim 40) is a method claim to which the marking requirements are not applicable. Plaintiff has therefore complied with the marking statute 35 USC §287.

## V.  <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against

Defendant, and that the Court grant Plaintiff the following relief:

a.  Judgment that claim 40 of United States Patent No. 8,594,341 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.  Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.  That Defendant be permanently enjoined from any further activity or conduct that infringes;

d.  That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.  That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

May 30, 2025

Respectfully Submitted,

/s/ Benjamin C. Deming
Benjamin C. Deming (TX Bar 24091778)
DNL ZITO
3232 McKinney Ave
Suite 500
Dallas, Texas 75204
bdeming@dnlzito.com

Of Counsel:
David R. Bennett (IL Bar No.: 6244214)
(*motion for pro hac vice to be filed*)
DIRECTION IP LAW
P.O. Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com

Joseph J. Zito
DNL ZITO
1250 Connecticut Ave., NW #700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

*Attorneys for Ad Innovations, LLC*