# APPENDIX

**Index of Exhibits**

| Exhibit Number | Description |
|---|---|
| Exhibit 1 | Declaration of Christopher Barton in Support of Defendant Mercedes-Benz USA, LLC's Motion to Dismiss Plaintiff's Complaint |
| Exhibit 2 | Copy of excerpt of MBUSA website available at https://shop.mbusa.com/en-us/connect/pdp/drive-pilot/715 |
| Exhibit 3 | Declaration of Joseph J. Raffetto in Support of Defendant Mercedes-Benz USA, LLC's Motion to Dismiss Plaintiff's Complaint |

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| AD INNOVATIONS, LLC,<br>*Plaintiff,*<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br>*Defendant.* | Case No. 3:25-cv-01362<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CHRISTOPHER BARTON IN SUPPORT OF**
**DEFENDANT MERCEDES-BENZ USA, LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Christopher Barton, declare:

1.      I am a Field Service Engineer at Mercedes-Benz USA, LLC ("MBUSA"). I have been in that position since February 2024, and I have been employed at MBUSA since January 2021. I am responsible for providing technical support to Mercedes-Benz dealerships and others in relation to Mercedes-Benz vehicles.

2.      I provide this declaration in support of MBUSA's Motion to Dismiss Plaintiff's Complaint. I have personal knowledge or have been informed by knowledgeable employees within MBUSA of the following, and if called as a witness, I could and would testify competently thereto.

3.      I understand that Plaintiff has accused Mercedes-Benz vehicles that use DRIVE PILOT and the Cerence Emergency Vehicle Detection (EVD) system of infringement.

4.      DRIVE PILOT and Cerence EVD are only available on select Mercedes-Benz vehicles, namely certain EQS sedans and S-Classes that are equipped with certain hardware, and are only usable on certain roadways in California and Nevada. In other words, DRIVE PILOT

4

and Cerence EVD cannot be used in Texas. This can be readily confirmed from public MBUSA marketing materials, including its website.

5.    As such, MBUSA has not and does not use, sell, or offer for sale vehicles utilizing DRIVE PILOT and Cerence EVD in Texas. Nor do end-user customers use DRIVE PILOT and Cerence EVD in Texas. Rather, such Mercedes-Benz vehicles are only available for purchase in California and Nevada, and all customers who have used DRIVE PILOT and Cerence EVD in Mercedes-Benz vehicles have only done so in California or Nevada (not Texas).

6.    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 5, 2025, in Gilbert, Arizona.

*Chris Barton*
Christopher Barton

5

# EXHIBIT 2



Home > **DRIVE PILOT**

Personal use ⬤ Business use



The presented functions are dependent on the particular vehicle model, the individual configuration and the particular market.

**DRIVE PILOT**

**Digital Extra**

Experience conditionally automated driving with DRIVE PILOT, only by Mercedes-Benz. DRIVE PILOT can change your freeway traffic jam experience. Using a multitude of hyper-advanced sensors, the technology can take over the dynamic driving task when conditions allow, giving you back time to relax or do other activities. On payment you agree to the DRIVE PILOT Terms of Use and confirm that you have read them.

Monthly    12 months

Free trial month (first order)
**DRIVE PILOT**
monthly | cancellable on a monthly basis

Login

## At a glance

- Takes over the dynamic driving task under certain conditions on approved major freeways in California and Nevada at speeds up to 40 mph
- Independently maintains distance and speed while staying in the current lane
- When the system is active, you can take your hands off the wheel, take your eyes off the road, and turn your attention to other activities, such as surfing the internet or watching videos on the central display that are normally blocked while the vehicle is in motion. However, you must be ready to take back the dynamic driving task when prompted to do so by the system

DRIVE PILOT can now make a freeway traffic jam more enjoyable. When the system is available and all conditions are met, activate DRIVE PILOT and your Mercedes-Benz will control the speed, maintain a safe distance from other vehicles, and keep the vehicle in its lane.

7

**Conditionally Automated Driving on Freeways**

Enjoy more freedom in your Mercedes-Benz when you are traveling on one of the approved freeways in California or Nevada. With DRIVE PILOT, your vehicle will control its speed in dense traffic up to 40 mph, maintain its distance from the vehicle in front, and keep your Mercedes-Benz in its lane. In addition, entertainment functions such as playing games or watching videos that are normally blocked while the vehicle is in motion, are enabled on the central display so that you can arrive more comfortably.

**Your advantages at a glance**

DRIVE PILOT can be great for the daily commute. When you are on a designated freeway in California or Nevada with a high volume of traffic and all other conditions have been met, DRIVE PILOT shows you it is available with a white light on the dedicated DRIVE PILOT buttons, and an icon in the driver's display. When you press one of the buttons, the activation phase starts and is visualized by a pulsating turquoise light. When this light becomes solid turquoise, DRIVE PILOT is activated, and you can take your hands off the steering wheel and eyes off the road. Your Mercedes-Benz now controls the speed and following distance and keeps your vehicle in its lane. Now, you can surf the internet, play games, or stream videos in the central display. However, you must be prepared to resume control when the vehicle prompts you to do so. At all times the feature can be deactivated by pressing one of the DRIVE PILOT buttons again. The availability of DRIVE PILOT depends on multiple road, environmental, and traffic conditions.

**Notes on use**

DRIVE PILOT allows automated driving in certain circumstances - specifically in heavy traffic on approved freeway sections in California and Nevada, and at speeds up 40 mph. DRIVE PILOT requires daytime lighting conditions, clear lane markings and will not operate in a construction zone. The driver must remain ready to resume control of the vehicle when prompted to do so by the vehicle. Please observe the information in the Operator's Manual and the system limits described there. More information can also be found on mbusa.com/drivepilot.

After purchasing the subscription, the DRIVE PILOT Digital Extra must be activated through the Mercedes-Benz App. Therefore, a smartphone device is required for activation. A customer education video must then be watched before the Digital Extra is activated and the feature is available.

DRIVE PILOT is an SAE Level 3 (conditional automated driving) system: the conditionally automated driving function takes over certain driving tasks. However, a fallback-ready user is still required. The fallback-ready user must be ready to take control of the vehicle at all times when prompted by the vehicle. Availability and use of DRIVE PILOT on freeways depends on options, compatible wireless networks, relevant laws, and other factors. DRIVE PILOT availability is subject to change at any time without notice. Digital Extras Terms of Use apply. Please refer to the Operator's Manual for additional instructions and limitations. DRIVE PILOT is only compatible with select EQS Sedans and S-Classes sold in California and Nevada that are pre-optioned with DRIVE PILOT and the corresponding necessary hardware. Please check with your local dealer to ensure your vehicle is compatible.

## Product information

| | |
|---|---|
| **Product description** | › |
| **Terms of Use** | › |

## Standard Digital Extras

The essential digital equipment for your Mercedes – AVAILABLE FREE OF CHARGE.



**Vehicle Status**                                                          Merce

Conveniently shows you important vehicle data and the due date for the next service via your smartphone.    Autom

Note: Everything you need for this: Create your Mercedes me ID and link your Mercedes to it, then activate the Digital Extras. Done!

## It´s as simple as that

**1. Mercedes me ID**                                          **2. Order and ena**

Simple registration: create your account on mbusa.com/Mercedes-Benz App and pair your Mercedes.    Shop at your convenienc
the invoice amount is de

| Contact |
| --- |

| Do Not Sell My Personal Information |
| --- |

| Help / FAQ |
| --- |

| Legal notice |
| --- |

9

**Refund Policy**

Installation

Back to top ⌃

Cookies    Do Not Sell My Personal Information    Legal notice

© 2025. Mercedes-Benz USA, LLC. All rights reserved (provider).

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| AD INNOVATIONS, LLC,<br>*Plaintiff,*<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br>*Defendant.* | Case No. 3:25-cv-01362<br><br>**JURY TRIAL DEMANDED** |

<u>**DECLARATION OF JOSEPH J. RAFFETTO IN SUPPORT OF
DEFENDANT MERCEDES-BENZ USA, LLC'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**</u>

I, Joseph J. Raffetto, declare:

1.    I am an attorney at Hogan Lovells US LLP and counsel for Defendant Mercedes-Benz USA, LLC ("MBUSA"). I provide this declaration in support of MBUSA's Motion to Dismiss.

2.    Exhibit 2 is a true and correct copy of an excerpt of MBUSA's website located at htttps://shop.mbusa.com/en-us/connect/pdp/drive-pilot/715.

3.    I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and understanding.

Executed on September 8, 2025, in Washington, DC.

*/s/ Joseph J. Raffetto*
Joseph J. Raffetto